AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JEFFREY ARONOFSKY | ) | Case No. |
| | ) | 6:19-mj-1763 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 25, 2019__ in the county of __Seminole__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Rodney J. Hyre, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/25/2019

_____
Judge's signature

City and state: Orlando, Florida

DAVID A. BAKER, U.S. Magistrate Judge
Printed name and title

STATE OF FLORIDA  CASE NO. 6:19-mj- 1763

COUNTY OF ORANGE

## AFFIDAVIT

I, Rodney J. Hyre, after being duly sworn, depose and state:

1. For the past 17 years, I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI). I currently serve as the coordinator for the FBI Crimes Against Children/Innocent Images Unit in Orlando, Florida. As the coordinator for the FBI Innocent Images Task Force, my responsibilities include investigating possible criminal violations of Title 18 of the United States Code.

2. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors under 18 U.S.C. § 2422(b).

3. I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and

participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

4. This affidavit is submitted in support of a criminal complaint against JEFFREY ARONOFSKY for a violation of 18 U.S.C. § 2422(b). As set forth in more detail below, I believe there is probable cause that ARONOFSKY, using facilities and means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual whom he believed had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, that is, sexual battery, a violation of Florida Statute Section 794.011(2)(a).

5. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

6. Title 18, United States Code, Section 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in prostitution or sexual activity for which any person can be charged with a criminal offense.

7. It is a criminal offense under Florida Statute Section 794.011(2)(a) for a person 18 years of age or older, to commit sexual battery upon a person less than 12 years of age.

## INVESTIGATION

8. On or about October 7, 2019, a law enforcement officer informed me that a Confidential Human Source (CHS) operated by a Customs and Border Patrol (CBP) officer reported that he (i.e. the CHS) was in contact with a person on an Internet dating site who claimed to have had sexual contact with multiple children, some as young as six years of age. CBP has informed me that CHS has no criminal history, and has not received payment from CBP to date.

9. I met with the CHS and the handling agent on or about October 10, 2019. The CHS informed me that he recognized the subject who claimed to have sexually molested children because the subject sent the CHS pictures of himself during their communications on the Internet dating site. The CHS

recognized the subject as JEFFREY ARONOFSKY. I was shown communications between the CHS and ARONOFSKY, which included these pictures. I compared the pictures to the Driver and Vehicle Identification Database (DAVID) and confirmed that the pictures accompanying the communications were that of JEFFREY ARONOFSKY. The CHS estimated that his communications with ARONOFSKY took place in early September 2019.

10. I reviewed the CHS's communications with ARONOFSKY. In addition to numerous pictures of ARONOFSKY, ARONOFSKY also provided that his name was Jeffrey. ARONOFSKY told the CHS that he liked "incest with brothers uncle father cousins grandpa together[.] Pervy too young." ARONOFSKY further stated, "Pervy is very easy outside the US Sir."

11. Later, ARONOFSKY and the CHS exchanged these communications:

| | |
|---|---|
| ARONOFSKY: | Are you pervy too Sir?? |
| CHS: | I like to do all the damage |
| ARONOFKSY: | So is that a yes to pervy Sir? Pervy |
| CHS: | Yes<br>Boy! |
| ARONOFSKY: | I've had little boy's fist in the DR |

4

| | |
|---|---|
| | me |
| CHS: | How old was the little boy? |
| ARONOFSKY: | 6<br>While his father watched and fucked him while he fisted me Sir<br>In the DR I've had sex with thrrr different fathers that fuckev their little sons and I ducked the boys too Sir<br>I need discipline Sir<br>Sir?? |
| CHS: | Ever do stuff with kids and their dads in the US? |
| AROMOFKSY: | Yes<br>In NYC<br>I like incest Sir |
| CHS: | Oh okay…so what happened? |
| ARONOFSKY: | Sir I don't want to keep texting all this stuff here in this forum<br>Let me come over and I can tell you the awesome stories<br>Pervy is very very common I've learned these past two years<br>I delete this app all the time Sir |

12. Through my training and experience, I believe that the term "fist" refers to the sexual act of inserting a hand into the anus of another person. I believe "DR" refers to the Dominican Republic.

13. Following this meeting with the CHS, on or about October 16, 2019, a CBP officer, acting in an undercover (CBP UC) capacity, contacted ARONOFSKY via text messaging. During these communications the officer

sent two images of adult pornography to ARONOFSKY. ARONOFSKY and the CBP UC exchanged numerous sexually suggestive messages. ARONOFSKY told the CBP UC, that he has interest in, "Incest sex with brothers uncles cousins fathers and sons."

14. On October 16, 2019, I assumed the role formerly used by the CBP UC and began text communications with ARONOFSKY. I informed ARONOFSKY that I had a friend named "Steve" that had the same "taboo interests" as ARONOFSKY and that Steve had an eight-year-old son. I provided ARONOFSKY with an undercover phone number to be used if he wanted to talk to Steve.

15. ARONOFSKY said that he was interested and asked if Steve played with his kid already. I responded, "Yes he plays with the boy and lets and has let me. He insists on watching. I told him I thought you were into the same kink." ARONOFSKY replied, "Yes[.] Kid likes it." I then asked if I should tell Steve to expect ARONOFSKY to reach out to him. ARONOFSKY responded, "Yes."

16. ARONOFSKY later stated that he was afraid that this was a police sting with Steve, but I assured him that Steve was not a police officer.

17. On October 17, 2019, ARONOFSKY reached out via text to "Steve" (i.e. your affiant acting in an undercover capacity). ARONOFSKY's

6

initial text was "Hey Steve! [CBP UC] recommended I contact you. Jeffrey." I asked if ARONOFSKY was into family fun, and he responded, "Yes."

18. I asked ARONOFSKY if the CBP UC had told him that he had been with my son. ARONOFSKY replied, "Yes HOT."

19. ARONOFSKY went on to say, "I'm hard thinking about it[.] Your kid OK with it? What does he think?" I told him, "I'm a a voyeur. I just like to watch and maybe stroke. He likes the attention. Just can't be rough. You don't mind me watching you two?" ARONOFSKY replied, "HOT HOT HOT[.] he likes it? I want you to watch." ARONOFSKY asked for a picture.

20. On October 18, 2019, I continued my text conversation with ARONOFSKY. During that conversation, I told ARONOFSKY that I was a "pedo perv" and "[i]t's all about you and him and me watching. If that's not your thing just let me know and I'll move on." During the course of that conversation, ARONOFSKY asked for a "normal regular pic of you and him. Father and son. Be discreet." At that time, I replied, "Fair enough. No face. And none of me. I'm a normal looking 45 yo. And besides I'm not on the menu he is. I'm on a 3 day trip so I'll try to get it tomorrow."

21. We continued the text conversation on October 19, 2019. ARONOFSKY said, "I'm excited but I have questions." He asked, "Can I do whatever I want? How do I know it's you to be safe?" ARONOFSKY

7

also asked, "How many guys have been with him and what if he gets an STD? How does that get handled?"

22. At another point, ARONOFSKY asked, "How do insure the subject doesn't talk to your spouse teachers or his friends." I assured ARONOFSKY, "He's a good boy. Loves his dad and knows it's our secret." ARONOFSKY replied, "You remind him over and over."

23. ARONOFSKY then began to state some of the sexual acts he wanted to commit with my notional eight-year-old son:

    a. "I want to suck your cum out of him";

    b. "I want to kiss him on his lips";

    c. "I lobe to suck and lick toes and feet";

    d. "[C]hew his nipples";

    e. "I need to duck your cum out of him with his legs spread apart suck";

    f. "[C]an the three of us tag him together?"; and

    g. "I'll grab him by the throat while I'm breeding him."

24. ARONOFSKY then asked, "What will turn you on for me to say to him while I fuck him." ARONOFSKY and I then exchanged the following messages:

    ARONOFSKY:    I've had pervy experience before but only outside the USA

| | |
|---|---|
| Me: | He turns nine next month. He's so cute |
| ARONOFSKY: | What does he say about it? Does he talk to you about it? |
| Me: | If it goes well the first time. Who knows. Since we live close |
| ARONOFSKY: | What does he say about it in general? Does he talk about you with him or [CBP UC] or others? I'm curious |
| Me: | He was afraid first time with someone else. That's why I have to be in the room. And I like to watch |
| ARONOFSKY: | I love that you like to watch<br>That's hotter than hot<br>Does he ask why? Does he like it? What does he say<br>Not the first time but would he fist me? |
| Me: | He likes to please. And he knows it makes me happy. He also likes getting to stay in hotel rooms. Which where we meet others |
| ARONOFSKY: | So does your wife ask where he is?<br>Not the first time but would he fist me?<br>I've been fisted by subjects in the DR |
| Me: | Hot<br>You mean like young? |
| ARONOFSKY: | Yes<br>5<br>8 |

25. I asked ARONOFSKY what he did with the five-year-old and he responded, "Father fucked and seeded him. I sucked the cum out. A d I fucked him too." ARONOFSKY explained, "The father gave the boy adult

9

Benadryl to relax him[.] The father had done this many times so the boy knew the deal[.] It was sooo HOT."

    26.    ARONOFSKY and I then exchanged the following messages:

| | |
|---|---|
| Me: | Did the other father fuck the 5 abn 8 yo in front of you |
| ARONOFSKY: | Yes and yes<br>3 times in DR<br>Twice with the same dad and 5 and once with 8<br>I've experienced from 5-17<br>8-12 turns me on |

...

| | |
|---|---|
| ARONOFSKY: | How many times has [CBP UC] been with him?<br>He's just so huge<br>And you stay overnight at the hotel? |
| Me: | Straight up fucked him once. Suck both ways several times. |
| ARONOFSKY: | Turn on music or tv to drown out the fucking noises |
| Me: | Not usually. Just while you are still playing |
| ARONOFSKY: | Do you stay overnight in the hotel? Is there a wife to question any of this? Or are you a gay dad? I'm just super curious |
| Me: | Like I said. Not overnight. Wife thinks we are just out together. Not really gay. Just love little ones |
| ARONOFSKY: | Is it suspicious to bring him to a hotel on a school day for a few hours then leave? Hotel staff nosey? |
| Me: | The place I used you don't have to go thru a main entrance. It's very nice |

10

| | |
|---|---|
| ARONOFSKY: | Cool [happy emoji]<br>I want to eat his ass really bad<br>I lobe to rim<br>Love<br>You want to watch me suck his cock and lick his balls |
| Me: | Definitely |
| ... | |
| Me: | Ok. Do you want to do this on Friday? |
| ARONOFSKY: | Yes<br>But I have to ask my hubby about driving him to the airport etc<br>Times etc.<br>Can I piss in him? Or on him? |

27. ARONOFSKY and I then began to make logistic plans to meet at a hotel in Lake Mary, Florida, so he could have sexual relations with my eight-year-old son. ARONOFSKY expressed security concerns about the hotel and that this might be a sting.

28. On October 25, 2019, ARONOFSKY and I continued planning to meet in person. ARONOFSKY stated, "I'm back home in bed Naked thinking this will either be great, or it's a set up." ARONOFSKY said that he was excited that he would be watched by the boy's father. I gave ARONOFSKY the address of the hotel where we would meet, and he responded, "I'm excited to be naked with him standing in front of a mirror."

11

29. ARONOFSKY asked, "So when I arrive you'll meet me before I go to the room?" ARONOFSKY then added, "I hope your both cute." ARONOFSKY asked if I had "lube" and asked if I had given my eight-year-old son Benadryl in order to relax him. With regard to the child, ARONOFSKY asked, "So he knows whats going to happen?" ARONOFSKY then asked, "So I can fuck him a few times?" ARONOFSKY then described some of the things he was looking forward to doing to the child: "I'm really into rimming him with his legs spread wide open...Sucking and licking his toes and feet..I want him to chew my nipples hard I'll teach him." ARONOFSKY then asked me, "Will it turn you on to watch me fuck him? And suck his little junk." ARONOFSKY stated, "I can't wait to have his ass juices all over my cock."

30. At approximately 10:27 a.m. on October 25, 2019, I observed ARONOFSKY pull into the parking lot of the prearranged meeting point, at the prearranged time. I knew from researching ARONOFSKY's DAVID profile that two cars were registered to him, including a gray Mini Cooper with a convertible top. I saw ARONOFSKY pull into the parking lot in that vehicle and circle the parking lot twice. He texted me, "I'm here" and "Are you parked around back?" ARONOFSKY was then stopped by law enforcement vehicles with flashing lights.

31. ARONOFSKY was taken into custody and advised of his Miranda rights. In a recorded interview, ARONOFSKY advised that for the last few days, he had been speaking to a man named Steve about his (i.e. Steve's) eight-year-old son, and that ARONOFSKY had traveled to the prearranged meeting place in order to have sexual relations with the boy. I asked ARONOFSKY whether he was there to have oral and anal sex with the child, and he did not answer. ARONOFSKY then invoked his right to counsel and the interview was concluded.

32. A search of ARONOFSKY's vehicle following the arrest revealed a bottle of Jungle Juice, which is also known as "poppers." ARONOFSKY had mentioned in his chats that he was going to bring "poppers." It is my understanding that this is commonly used among persons who have anal sex, to relax their sphincter muscle. A stun gun was found next to the shift column in the car and a red iPhone was also located on the driver's seat.

## CONCLUSION

33. I believe there is probable cause that JEFFREY ARONOFSKY, using facilities or means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual whom ARONOFSKY believed had not attained the age of 18 years, to engage

13

in sexual activity for which any person could be charged with a criminal offense under Florida law, that is, sexual battery, a violation of Florida Statute Section 794.011(2)(a), in violation of 18 U.S.C. § 2422(b).

_____
Rodney J. Hyre, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 25th day of October, 2019.

_____
DAVID A. BAKER
United States Magistrate Judge

14