UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 6:19-mj-1763

JEFFREY ARONOFSKY

ORDER OF TEMPORARY DETENTION

A preliminary and detention hearing in this case is scheduled as follows:

| Place: | George C. Young United States Courthouse and Federal Building. 401 W Central Boulevard Orlando, Florida | Courtroom: | 6D |
|---|---|---|---|
| | | Date and Time: | October 29, 2019, at 9:30 A.M. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: October 25, 2019

DAVID A BAKER
UNITED STATES MAGISTRATE JUDGE